IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| James H. O'Kelley and Sheila O'Kelley, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> ) <br> AT&T, Corp., ) <br> ) <br> Defendant. ) | C.A. No: 7:09-cv-0697-HFF <br><br><br><br><br> **CONSENT ORDER TO AMEND** <br> **COMPLAINT** |

Plaintiffs, pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby move to amend their Complaint, a copy of which is attached as Exhibit A. The Defendant has consented to this amendment. For good cause shown,

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Amend their Complaint be, and the same is hereby granted.

IT IS SO ORDERED.

              s/Henry F. Floyd_____
              The Honorable Henry F. Floyd
              United States District Court Judge

Greenville, South Carolina

April\_\_28\_\_\_, 2009

I SO MOVE:

s/William A. Jordan
William A. Jordan
Attorney for Plaintiff

I CONSENT:

s/Jennifer K. Stone
Jennifer K. Stone
Attorney for Defendants