IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| James H. O'Kelley and Sheila O'Kelley, )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BellSouth Telecommunications, Inc. )<br>d/b/a AT&T South Carolina, )<br>)<br>Defendant. _____ ) | C.A. No.: 7:09-cv-0697-HFF<br><br><br><br><br>**ORDER OF DISMISSAL**<br>**WITHOUT PREJUDCE** |

This matter comes before me upon motion of William A. Jordan, of the Law Office of William Jordan, attorney for Plaintiff and attorney Jennifer K. Stone, attorney for the Defendant, by and with the consent of, wherein and whereby the Plaintiff seeks an Order Of Dismissal dismissing the above-titled matter without prejudice. It appearing that the parties have consented and agree and that the order sought should be granted, now, THEREFORE IT IS,

**ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned matter be, and the same is hereby dismissed and ended without prejudice.

**s/Henry F. Floyd**
The Honorable Henry F. Floyd
UNITED STATES DISTRICT JUDGE

January 14, 2010

Spartanburg , South Carolina

WE SO MOVE:

s/William A. Jordan
William A. Jordan  (Fed. I.D. #2252)
501 Augusta Street
Post Office Box 1687
Greenville, SC 29602
(864) 235-0147
Attorney for Plaintiffs


s/Jennifer K. Stone
Jennifer K. Stone, Esquire
AT&T South Carolina Legal Dept.
1600 Williams Street, Suite 5200
Columbia, South Carolina   29201
803-401-2903
Attorney for Defendants


Greenville, South Carolina

January 13, 2010